NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS LEE BIGGS, DOC #S09982,      )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-4125
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard Sanders, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


            Affirmed.


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.